UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                    :
*In re*                                                             :     Chapter 11
                                                                    :
Apex Silver Mines Limited, *et al.*                                 :     Case No. 09-10183 (JMP)
                                                                    :
                    Debtors.                                        :     Jointly Administered
                                                                    :
------------------------------------------------------------------- X

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTOR'S SECOND AMENDED SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Golden Minerals Services Corporation (f/k/a Apex Silver Mines Corporation), as a reorganized entity, debtor and debtor in possession in the above-captioned chapter 11 case ("Apex" or the "Debtor") has filed its Second Amended Schedules of Assets and Liabilities (the "Second Amended Schedules") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtor, with the assistance of its advisors, prepared the Second Amended Schedules in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Robert B. Vogels, Vice President and Controller of Apex, has signed the Second Amended Schedules. In reviewing and signing the Second Amended Schedules, Mr. Vogels has necessarily relied upon the efforts, statements and representations of various personnel of the Debtor. Mr. Vogels has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Second Amended Schedules (the "Second Amended Global Notes") pertain to, are incorporated by reference in and comprise an integral part of all the Second Amended Schedules. These Second Amended Global Notes should be referred to and reviewed in connection with any review of the Second Amended Schedules.[1]

The Second Amended Schedules do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements. The Second

---

[1] These Second Amended Global Notes are in addition to the specific notes contained in Apex's Second Amended Schedules. The fact that the Debtor has prepared a "General Note" with respect to any of the Second Amended Schedules and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such General Note to any of the Debtor's remaining Second Amended Schedules, as appropriate.

Amended Schedules contain unaudited information that is subject to further review and potential adjustment. In preparing the Second Amended Schedules, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Second Amended Schedules. As a result, the Debtor is unable to warrant or represent that the Second Amended Schedules are without inadvertent errors, omissions or inaccuracies. The Debtor reserves all rights to amend or supplement its Second Amended Schedules as is necessary and appropriate.

Nothing contained in the Second Amended Schedules shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 cases including, without limitation, any issues involving substantive consolidation, equitable subordination, defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

Use in the Second Amended Schedules of the term "Addition" in reference to a claim denotes a claim that was not contained in the Debtor's Schedules filed on January 26, 2009 (Docket No. 6) or the Debtor'' Amended Schedules filed on March 23, 2009 (Docket No. 8). Use in the Second Amended Schedules of the term "Amended" in reference to a claim denotes a claim that was contained in the Debtor's Schedules filed on January 26, 2009 or its Amended Schedules filed on March 23, 2009, and for which the Debtor's characterization of such claim has been modified in the Second Amended Schedules.

1.     Liabilities.  The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Second Amended Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtor also reserves the right to change the allocation of liability to the extent additional information becomes available.

2.     Intellectual Property Rights.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms or have not been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

3.     Executory Contracts.  The Debtor has not set forth executory contracts as assets in its Second Amended Schedules. The Debtor's executory contracts have been set forth in Second Amended Schedule G.

4.     Insiders.  In the circumstances where the Second Amended Schedules require information regarding insiders and/or officers and directors, the Debtor has included therein each

of the Debtor's (a) directors (or persons in similar positions), (b) employees that may be, or may have been during the relevant period, "officers" (or persons in control) and (c) Sumitomo Corporation. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby expressly reserved. Employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

5. <u>Amendments and Supplements</u>. While the Debtor made reasonable efforts to file complete and accurate Second Amended Schedules, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement its Second Amended Schedules as is necessary and appropriate.

6. <u>Recharacterization</u>. Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Second Amended Schedules, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtor reserves all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Second Amended Schedules at a later time as is necessary and appropriate.

7. <u>Undetermined Amounts</u>. The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

8. <u>Totals</u>. All totals that are included in the Second Amended Schedules represent totals of all known amounts included in the Debtor's books and records as of January 12, 2009 (the "<u>Petition Date</u>"), unless otherwise indicated. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

9. <u>Summary of Significant Reporting Policies</u>. The following is a summary of significant reporting policies:

  (a) <u>Foreign Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

  (b) <u>Current Market Value—Net Book Value</u>. In certain instances, current market valuations are neither maintained by, nor readily available to, the Debtor. Accordingly, unless otherwise indicated, the Debtor's Second Amended Schedules reflect net book values. For this reason, market values may vary, at some times materially, from net book value. Additionally, the amount of certain liabilities may be "undetermined," and thus, liabilities may differ materially from those stated in the Second Amended Schedules.

10.     Classifications.  Listing a claim (a) on Second Amended Schedule D as "secured," (b) on Second Amended Schedule E as "priority" or (c) on Second Amended Schedule F as "unsecured priority," or listing a contract on Second Amended Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

11.     Claims Description.  Any failure to designate a claim on the Debtor's Second Amended Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves all rights to dispute any claim reflected on its Second Amended Schedules on any grounds including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

12.     Causes of Action.  Despite reasonable efforts, the Debtor may not have identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Second Amended Schedules.  The Debtor reserves all rights with respect to any causes of action and nothing in these Second Amended Global Notes or the Second Amended Schedules shall be deemed a waiver of any such causes of action.

13.     Second Amended Schedule D.  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Second Amended Schedule D.  Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Second Amended Schedule D are intended only to be a summary.

14.     Second Amended Schedule E.  The Debtor has received authority from the Bankruptcy Court to pay certain prepetition employee wages, independent contractor obligations, directors' fees and other obligations (the "Employee Wages Order").  Pursuant to the Employee Wages Order, certain claims for prepetition amounts, whether allowable as a priority or nonpriority claim, were satisfied, and such amounts are not listed on Second Amended Schedule E or Second Amended Schedule F.

15.     Second Amended Schedule F.  Second Amended Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, have been paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Second Amended Schedule F does not include rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected.

The claims of individual creditors for, among other things, merchandise, goods, services or taxes are listed on the Debtor's books and records and may not reflect credits or allowances due from such creditor.  The Debtor reserves all of its rights respecting such credits and allowances.  The dollar amounts listed may be exclusive of contingent and unliquidated amounts.

Amounts due by the Debtor to its affiliates are not included on Second Amended Schedule F.

16.     <u>Second Amended Schedule G</u>.  While every effort has been made to ensure the accuracy of Second Amended Schedule G, inadvertent errors or omissions may have occurred. Certain of the leases and contracts listed on Second Amended Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Second Amended Schedule G.  The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements, or leases set forth in Second Amended Schedule G and to amend or supplement such Second Amended Schedule as necessary.  Inclusion of any agreement on Second Amended Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtor reserves all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re  **APEX SILVER MINES CORPORATION**

Debtor

Case No.  09-10183

Chapter  11

# SUMMARY OF SECOND AMENDED SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | | | |
| B - Personal Property | Yes | 5 | $557,635.00 | | |
| C - Property Claimed As Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $691,026.67 | |
| G - Executory Contracts and Unexpired Leases | Yes | 10 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | |
| J - Current Expenditures of Individual Debtor(s) | No | | | | |
| TOTAL | | 30 | $557,635.00 | $691,026.67 | |

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**

Case No. 09-10183

Debtor

(if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total | | |

(Report also on Summary of Schedules)

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**          Case No.  09-10183

Debtor          (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  CASH ON HAND. | X | | | |
| 2.  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | | OPERATING ACCOUNT (XXXXXX053) JPMORGAN CHASE BANK, N.A. 1125 17TH STREET, 3RD FLOOR DENVER, CO  80202 | | $255,535.00 |
| 3.  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**                    Case No.   09-10183

Debtor                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | | VARIOUS PICTURES AND PAINTINGS 1700 LINCOLN ST. SUITE 3050 DENVER, CO  80203 | | UNDETERMINED |
| 6.  WEARING APPAREL. | X | | | |
| 7.  FURS AND JEWELRY. | X | | | |
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |
| 9.  INTERESTS IN INSURANCE POLICIES.  NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | | SEE SCHEDULE G | | |
| 10. ANNUITIES.  ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS.  (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c)  RULE 1007(B)) | X | | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | X | | | |

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**      Case No.  09-10183

Debtor       (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | | APEX MINING SERVICES, INC.; 100 SHARES (100%) | | $100.00 |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES.  ITEMIZE. | X | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | | ACCOUNTS RECEIVABLE UNDER MANAGEMENT SERVICES AGREEMENT | | $52,000.00 |
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED.  GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS.  GIVE PARTICULARS. | X | | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |

# SECOND AMENDED

In re  **APEX SILVER MINES CORPORATION**                Case No.  09-10183

Debtor                                                                     (if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS.  GIVE ESTIMATED VALUE OF EACH. | X | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY.  GIVE PARTICULARS. | X | | | |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | | VARIOUS PIECES OF OFFICE FURNITURE AND ROOM FURNISHINGS 1700 LINCOLN ST. SUITE 3050 DENVER, CO  80203 | | UNDETERMINED |

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**
_____
Debtor

Case No. 09-10183
_____
(if known)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | | COMPUTER EQUIPMENT 1700 LINCOLN ST. SUITE 3050 DENVER, CO 80203 | | $250,000.00 |
| 30. INVENTORY. | X | | | |
| 31. ANIMALS. | X | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED. ITEMIZE. | X | | | |
| | | | Total | $557,635.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

# SECOND AMENDED

In re  **APEX SILVER MINES CORPORATION**                    Case No.  09-10183
_____                    _____

Debtor                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED  CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NONE | | | | | | | | |
| | | | VALUE | | | | | |

Sheet no. 1 of 1 sheet(s) attached to Schedule of
Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total(s) of this page) | | |
| Total<br>(Use only on the last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re  **APEX SILVER MINES CORPORATION** _____  Case No.  09-10183 _____

Debtor
(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re   **APEX SILVER MINES CORPORATION**                 Case No.   09-10183

Debtor                                                (if known)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

**\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.**

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**　　　　　Case No.　09-10183

Debtor　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | | | |
| NONE | | | | | | | | | |

Sheet no. 3 of 3 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

| | Subtotal | | | |
|---|---|---|---|---|
| | Total | | | |
| | Totals | | | |

In re  **APEX SILVER MINES CORPORATION**        Case No.   09-10183

Debtor                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   90126 <br><br> (212) SALAD & SANDWICH <br> 1710 SHERMAN STREET <br> DENVER, CO 80203 | | | 12/4/2008 TO 12/18/2008 | | | | $357.88 |
| ACCOUNT NO.   1163292 <br><br> ACC BUSINESS <br> PO BOX 13136 <br> NEWARK, NJ 07101 | | | **Amended** <br><br> SERVICES FROM 11/10/2008 TO 12/10/2008 | | | | $2,813.00 |
| ACCOUNT NO.   131098 <br><br> ALL BUSINESS COMMUNICATIONS <br> 1504 PROVIDENCE HIGHWAY <br> SUITE 19 <br> NORWOOD, MA 02062 | | | TRADE DEBT - 1/1/2009-1/12/2009 | | | | $35.53 |

Sheet no. 1 of 9 sheet(s) attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     $3,206.41

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**                    Case No.  09-10183

Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALMADEN MINERALS LTD. SUITE 1103 750 WEST PENDER STREET VANCOUVER, BC  V6C 2TB CANADA | | | TRADE DEBT - 8/2008- 12/2008 | | | | $945.00 |
| ACCOUNT NO. | | | | | | | |
| ANDAVO TRAVEL 5680 GREENWOOD PLAZA BLVD., SUITE 300 GREENWOOD VILLAGE, CO  80111 | | | TRAVEL SERVICES DATE INCURRED: 7/5/2008-8/20/2008 | | | | $220.00 |
| ACCOUNT NO. | | | | | | | |
| ARTURO PABLO CASTA PEREZ | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $9,000.00 |
| ACCOUNT NO.   P01 943 6005 198 | | | | | | | |
| AT&T P.O BOX 78158 PHOENIX, AZ  85062-8158 | | | TRADE SERVICES DATE INCURRED: 1/1/2009 | | | | $63.38 |
| ACCOUNT NO.   BES02405378 | | | | | | | |
| AT&T MOBILITY NATIONAL BUSINESS SERVICES PO BOX 9004 CAROL STREAM, IL  60197 | | | UTILITY SERVICES / CELL PHONE CHARGES TO 12/21/2008 | | | | $11,626.44 |
| ACCOUNT NO.   5587848-00001 | | | | | | | |
| AT&T TELECONFERENCE SERVICES PO BOX 2840 OMAHA, NE  68103-2840 | | | PHONE SERVICE TO 1/12/2009 | | | | $1,155.01 |
| ACCOUNT NO.   W321123 | | | | | | | |
| AVAYA FINANCIAL SERVICES PO BOX 93000 CHICAGO, IL  60673 | | | PHONE EQUIPMENT LEASE | | | | $839.14 |
| ACCOUNT NO.   3038395060 | | | | | | | |
| BEVERAGE CONNECTION INC. PO BOX 6412 BROOMFIELD, CO  80021 | | | OFFICE SUPPLIES 1/5/2009 | | | | $139.29 |

Sheet no. 2 of 9 sheet(s) attached to Schedule of          Subtotal          $23,988.26
Creditors Holding Unsecured Nonpriority Claims

# SECOND AMENDED

In re __APEX SILVER MINES CORPORATION__          Case No. __09-10183__

Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  815.01 Apex-Denver W<br><br>BOX STUDIOS<br>1761 EMERSON ST<br>DENVER, CO  80218 | | | DESIGNED NEW OFFICE | | | | $1,984.65 |
| ACCOUNT NO.  APEXSILV00001<br><br>CAMBRIDGE TRANSPORTATION<br>36392 TREASURY CENTER<br>CHICAGO, IL  60694 | | | CAR RENTAL INSURANCE 12/8/2008 | | | | $4.00 |
| ACCOUNT NO.<br><br>CARL W. MCSPADDEN | | | EMPLOYEE CLAIM<br>DATE INCURRED:  12/3/2008 | X | | | $8,400.00 |
| ACCOUNT NO.  061-0007017-000<br><br>CIT TECHNOLOGY FINANCING SERVICES<br>PO BOX 100706<br>PASADENA, CA  91189 | | | COPIER LEASE - 12/2008 TO 1/12/2009 | | | | $2,967.65 |
| ACCOUNT NO.  11848211<br><br>CORPORATE EXPRESS<br>PO BOX 95708<br>CHICAGO, IL  60694 | | | OFFICE SUPPLIES 12/2008 | | | | $159.11 |
| ACCOUNT NO.<br><br>DANIEL J. RABIL | | | EMPLOYEE CLAIM<br>DATE INCURRED:  12/3/2008 | X | | | $7,350.00 |
| ACCOUNT NO.<br><br>DANIEL J. STEWART | | | EMPLOYEE CLAIM<br>DATE INCURRED:  12/3/2008 | X | | | $9,900.00 |
| ACCOUNT NO.<br><br>DEBORAH FRIEDMAN | | | EMPLOYEE CLAIM<br>DATE INCURRED:  12/3/2008 | X | | | $52,500.00 |
| ACCOUNT NO.  12352<br><br>DELTA CONSTRUCTION<br>1700 BROADWAY SUITE 518<br>DENVER, CO  80290 | | | **Amended**<br>EQUIPMENT RENTAL 9/21/2008 TO 12/20/2008 | | | | $2,245.28 |

Sheet no. 3 of 9 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          $85,510.69

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**                                    Case No.  09-10183

Debtor                                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| DENNIS J. BAILEY | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $10,800.00 |
| ACCOUNT NO. | | | | | | | |
| DIANNE BROWN | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $4,800.00 |
| ACCOUNT NO. | | | | | | | |
| DOMINIQUE JOURNET | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $2,700.00 |
| ACCOUNT NO. | | | | | | | |
| DONALD B. RATCLIFF | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $30,000.00 |
| ACCOUNT NO.   00065687 | | | | | | | |
| EMPLOYERS COUNCIL SERVICES PO BOX 539 DENVER, CO  80201 | | | PROFESSIONAL SERVICES 12/22/2008 | | | | $3,320.00 |
| ACCOUNT NO.   10030 | | | | | | | |
| EON OFFICE PRODUCTS 60 TEJON STREET DENVER, CO  80223 | | | OFFICE SUPPLIES TO 1/12/2009 | | | | $2,892.32 |
| ACCOUNT NO. | | | | | | | |
| ERIC ALEXANDER | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $11,700.00 |
| ACCOUNT NO.   1924-2366-0 | | | | | | | |
| FEDERAL EXPRESS CORP PO BOX 94515 PALATINE, IL  60094 | | | SHIPMENT SERVICES TO 12/30/2008 | | | | $1,384.54 |
| ACCOUNT NO. | | | | | | | |
| GERALD MALYS | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $60,000.00 |

Sheet no. 4 of 9 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal      $127,596.86

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**                    Case No.  09-10183

Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  56618-00001  GIBSON, DUNN & CRUTCHER DEPARTMENT 0723 LOS ANGELES, CA  90084 | | | PROFESSIONAL SERVICES THROUGH 11/30/2008 | | | | $874.47 |
| ACCOUNT NO.  N/A  HEIN & ASSOCIATES 717 17TH STREET 16TH FLOOR DENVER, CO  80202 | | | PROFESSIONAL SERVICES TO 12/31/2008 | | | | $4,734.19 |
| ACCOUNT NO.  31928  ICG LEVEL 3 COMMUNICATIONS DEPARTMENT 182 DENVER, CO  80291 | | | PHONE/INTERNET SERVICE 1/2009 | | | | $506.61 |
| ACCOUNT NO.  INFORMATION MANAGEMENT SPECIALISTS, INC. 364 BELLAIRE STREET DENVER, CO  80220 | | | SOFTWARE CONSULTING SERVICES DATE INCURRED: 12/1/2008 - 1/8/2009. | | | | $3,993.00 |
| ACCOUNT NO.  APEX140  INTERACTIVE BUSINESS SYSTEMS 6650 EAGLE WAY CHICAGO, IL  60678 | | | SERVICES FROM 11/30/2008 TO 1/2003/2009 RECORDS MGT | | | | $16,775.50 |
| ACCOUNT NO.  0132234  INTRALINKS PO BOX 414476 BOSTON, MA  02241 | | | 11/15/2008 TO 12/14/2008 | | | | $2,666.67 |
| ACCOUNT NO.  CN307  IRON MOUNTAIN PO BOX 915004 DALLAS, TX  75391 | | | STORAGE TO 11/30/2008 | | | | $331.15 |
| ACCOUNT NO.  J. SCOTT DOUGLASS 909 FANNIN, SUITE 1800 HOUSTON, TX  77010 | | | UNDETERMINED | X | X | X | UNDETERMINED |
| ACCOUNT NO.  JEFFEREY G. NEWCOMB | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $5,400.00 |

Sheet no. 5 of 9 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal          $35,281.59

## SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**                    Case No.  09-10183

Debtor                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JEFFREY G. CLEVENGER | | | EMPLOYEE CLAIM <br> DATE INCURRED:  12/3/2008 | X | | | $120,000.00 |
| ACCOUNT NO.  46216-000 <br><br> JENNER & BLOCK LLP <br> 330 N. WABASH AVENUE <br> CHICAGO, IL  60611-7603 | | | LEGAL SERVICES | | | | $15,696.93 |
| ACCOUNT NO. <br><br> JERRY W. DANNI | | | EMPLOYEE CLAIM <br> DATE INCURRED: 12/3/2008 | X | | | $48,000.00 |
| ACCOUNT NO. <br><br> JOE A. RODRIGUEZ | | | EMPLOYEE CLAIM <br> DATE INCURRED: 12/3/2008 | X | | | $8,550.00 |
| ACCOUNT NO. <br><br> JONATHAN B. CALLEY | | | EMPLOYEE CLAIM <br> DATE INCURRED: 12/3/2008 | X | | | $7,800.00 |
| ACCOUNT NO. <br><br> JOSEFINE J. ANDERSON | | | EMPLOYEE CLAIM <br> DATE INCURRED: 12/3/2008 | X | | | $3,750.00 |
| ACCOUNT NO.  60212010 <br><br> KPMG LLP <br> 707 SEVENTEENTH ST. <br> SUITE 2700 <br> DENVER, CO  80202-3499 | | | TAX SERVICES THROUGH 1/12/2009 | | X | | UNDETERMINED |
| ACCOUNT NO.  N/A <br><br> LANGUAGE INNOVATIONS LLC <br> 1725 I STREET, NW SUITE 300 <br> WASHINGTON, DC  20006 | | | TRANSLATION SERVICES TO 12/29/2008 | | | | $409.22 |
| ACCOUNT NO.  APW 57 <br><br> LEWAN & ASSOCIATES, INC. <br> 1400 SO. COLORADO BLVD <br> P.O. BOX 22855 <br> DENVER, CO  80222 | | | COPIER MAINTENANCE <br> DATE INCURRED: 1/5-1/7/2009 | | | | $720.00 |

Sheet no. 6 of 9 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal        $204,926.15

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**                    Case No.   09-10183

Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   N/A <br><br> MAGUIRE PROPERTIES - DENVER <br> PO BOX 51969 <br> LOS ANGELES, CA  90051 | | | 10/2008 & 11/2008 ELECTRICITY | | | | $674.16 |
| ACCOUNT NO. <br><br> MARK LETTES | | | | X | X | X | UNDETERMINED |
| ACCOUNT NO. <br><br> MARLI OVERMAN | | | EMPLOYEE CLAIM <br> DATE INCURRED:  12/3/2008 | X | | | $5,400.00 |
| ACCOUNT NO.   139703 <br><br> MINOLTA BUSINESS SOLUTIONS <br> DEPT. CH 19188 <br> PALATINE, IL  60055 | | | COPIER USAGE CHARGE FROM 11/19/2009 TO 12/24/2008 | | | | $512.18 |
| ACCOUNT NO. <br><br> MITCHELL PATRICK | | | EMPLOYEE CLAIM <br> DATE INCURRED:  12/3/2008 | X | | | $27,000.00 |
| ACCOUNT NO.   124303 <br><br> OPEN TEXT CORPORATION <br> P.O. BOX 66512 AMF O'HARE <br> CHICAGO, IL  60666-0512 | | | INTERNAL AUDIT DATABASE HOSTING | | | | $5,852.96 |
| ACCOUNT NO.   8000-9000-0471-0178 <br><br> PURCHASE POWER <br> PO BOX 856042 <br> LOUISVILLE, KY  40285 | | | POSTAGE SUPPLIES 11/20/2008 | | | | $407.39 |
| ACCOUNT NO.   AP0300 <br><br> QUICKSILVER <br> PO BOX 64417 <br> ST. PAUL, MN  55164 | | | DELIVERY SERVICE 12/22/2008 | | | | $95.35 |
| ACCOUNT NO.   303-216-0227 687B & <br><br> QWEST <br> PO BOX 29040 <br> PHOENIX, AZ  85038 | | | PHONE SERVICE TO 1/12/2009 | | | | $203.01 |

Sheet no. 7 of 9 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal        $40,145.05

# SECOND AMENDED

In re  **APEX SILVER MINES CORPORATION**

Debtor

Case No.   09-10183

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROBERT B. BLAKESTAD | | | EMPLOYEE CLAIM<br>DATE INCURRED:  12/3/2008 | X | | | $34,500.00 |
| ACCOUNT NO.<br><br>ROBERT P. VOGELS | | | EMPLOYEE CLAIM<br>DATE INCURRED:  12/3/2008 | X | | | $37,500.00 |
| ACCOUNT NO.<br><br>RUSSELL WARD | | | EMPLOYEE CLAIM<br>DATE INCURRED:  12/3/2008 | X | | | $4,800.00 |
| ACCOUNT NO.   182801<br><br>SRK CONSULTING INC.<br>7175 W. JEFFERSON AVE.<br>LAKEWOOD, CO  80235 | | | PROFESSIONAL SERVICES TO 12/26/2008 | | | | $17,000.00 |
| ACCOUNT NO.   9300070771<br><br>STANDARD & POOR'S<br>ATTN:  MR. ORTEGA<br>55 WATER ST.<br>46TH FLOOR<br>NEW YORK, NY  10041 | | | **Addition**<br>STOCK REPORT LISTING<br>DATE INCURRED: 9/22/2008 - 12/22/2008 | | | | $1,207.50 |
| ACCOUNT NO.<br><br>SUSAN VONER | | | EMPLOYEE CLAIM<br>DATE INCURRED:  12/3/2008 | X | | | $6,000.00 |
| ACCOUNT NO.<br><br>TERRY L. OWEN | | | EMPLOYEE CLAIM<br>DATE INCURRED:  12/3/2008 | X | | | $49,500.00 |
| ACCOUNT NO.   N/A<br><br>THE RYGNESTAD GROUP<br>11302 WEST 28TH AVENUE<br>LAKEWOOD, CO  80215 | | | PROFESSIONAL SERVICES THROUGH 1/12/2009 | | X | | UNDETERMINED |
| ACCOUNT NO.   1306077<br><br>THOMSON FINANCIAL, LLC<br>195 BROADWAY<br>NEW YORK, NY  10007 | | | TRANSCRIPTION SERVICES<br>DATE INCURRED: 1/9/2009 | | | | $192.50 |

Sheet no. 8 of 9 sheet(s) attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal   $150,700.00

# SECOND AMENDED

In re  **APEX SILVER MINES CORPORATION**                    Case No.  09-10183

Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   663989100  T-MOBILE P.O. BOX 660252 DALLAS, TX  75266-0252 | | | CELL PHONE SERVICES DATE INCURRED: 12/15/2008-1/12/2009 | | | | $347.22 |
| ACCOUNT NO.  TODD CAGLE | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $8,250.00 |
| ACCOUNT NO.  WILLIAM CAMMARA | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $5,850.00 |
| ACCOUNT NO.   00803479852  WORLDWIDE EXPRESS 700 N. COLORADO BLVD., #343 DENVER, CO  80206 | | | SHIPPING SERVICES DATE INCURRED: 12/3/2008 | | | | $574.44 |
| ACCOUNT NO.  YASMIRA J. ROMERO | | | EMPLOYEE CLAIM DATE INCURRED:  12/3/2008 | X | | | $4,650.00 |

|  | |
|---|---|
| Subtotal | $19,671.66 |
| Total | $691,026.67 |

In re  **APEX SILVER MINES CORPORATION**                    Case No.   09-10183

Debtor                                                       (if known)

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AON FINANCIAL SERVICES GROUP<br>4100 E. MISSISSIPPI AVE., SUITE 1500<br>DENVER, CO  80246 | FIDUCIARY LIABILITY POLICY<br>DATED:  3/15/2008 |
| APEX LUXEMBOURG S.A.R.L.<br>C/O ATC CORPORATE SERVICES (LUXEMBOURG) S.A.<br>ATTN: MRS. MARIELLA TETI<br>13-15, AVENUE DE LA LIBERTE<br>L-1931<br>LUXEMBOURG | PURCHASE AND SALE AGREEMENT<br>DATED: 1/12/2009 |
| APEX METALS GMBH<br>C/O JURIS TREUHAND AG<br>INDUSTRIE-STRASSE 47<br>ZUG, 6300<br>SWITZERLAND | APEX METALS MANAGEMENT AND SERVICES AGREEMENT<br>DATED:  12/1/2005 |
| APEX METALS MARKETING GMBH<br>BAHNHOFSTRASSE 10<br>ZUG, 6300<br>SWITZERLAND | MANAGEMENT SERVICES AGREEMENT<br>DATED: 9/25/2006 |
| APEX MINING PARTNERS LIMITED<br>WALKERS SPV LIMITED WALKER HOUSE<br>MARY STREET<br>P. O. BOX 265GT<br>GEORGE TOWN<br>GRAND CAYMAN B.W.I. | MANAGEMENT SERVICES AGREEMENT<br>DATED: 10/22/1996 |

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**      Case No.   09-10183

               Debtor                               (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| APEX SILVER FINANCE LTD<br>WALKERS SPV LIMITED WALKER HOUSE<br>MARY STREET<br>P. O. BOX 265GT<br>GEORGE TOWN<br>GRAND CAYMAN B.W.I. | MANAGEMENT SERVICES AGREEMENT<br>DATED: 9/25/2006 |
| APEX SILVER MINES LIMITED<br>C/O APEX SILVER MINES CORPORATION<br>1700 LINCOLN STREET, SUITE 3050<br>DENVER, CO 80203 | MANAGEMENT SERVICES AGREEMENT<br>DATED: 5/7/2008 |
| APEX SILVER MINES LIMITED<br>C/O APEX SILVER MINES CORPORATION<br>1700 LINCOLN STREET, SUITE 3050<br>DENVER, CO 80203 | PURCHASE AND SALE AGREEMENT<br>DATED: 1/12/2009 |
| APEX SILVER MINES SWEDEN AB N/A<br>C/O ERNST & YOUNG<br>DRAKEGATAN 7<br>SE-412 50, GÖTEBORG<br>SWEDEN | MANAGEMENT SERVICES AGREEMENT<br>DATED: 5/7/2008 |
| APEX SILVER MINES SWEDEN AB N/A<br>C/O ERNST & YOUNG<br>DRAKEGATAN 7<br>SE-412 50, GÖTEBORG<br>SWEDEN | PURCHASE AND SALE AGREEMENT<br>DATED: 1/12/2009 |
| ASC BOLIVIA LDC<br>C/O WALKERS SVP LIMITED WALKER HOUSE<br>MARY STREET<br>P.O. BOX 908GT<br>GEORGE TOWN<br>GRAND CAYMAN B.W.I. | MANAGEMENT SERVICES AGREEMENT<br>DATED: 10/22/1996 |
| ASC BOLIVIA LDC, SUCURSAL BOLIVIA<br>C/O WALKERS SVP LIMITED WALKER HOUSE<br>MARY STREET<br>P.O. BOX 908GT<br>GEORGE TOWN<br>GRAND CAYMAN B.W.I. | PURCHASE AND SALE AGREEMENT<br>DATED: 1/12/2009 |

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**                    Case No.  09-10183

Debtor                                                          (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED<br>ATTN: ELLEN TURKEL<br>1177 AVENUE OF THE AMERICAS<br>6TH FLOOR<br>NEW YORK, NY  10036 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| AVAYA FINANCIAL SERVICES INC.<br>1 CIT DRIVE<br>LIVINGSTON, NJ  07039 | ADDITIONAL LEASE OF EQUIPMENT  NO. W321123<br>DATED:  5/24/2004 |
| BARCLAYS BANK PLC<br>ATTN: GRANT WILLIS/DAVID ELLIS<br>MINING AND METALS IBD<br>5 THE NORTH COLONNADE<br>CANARY WHARF, LONDON  E14 4BB<br>UNITED KINGDOM | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| BNP PARIBAS<br>ATTN: CHRIS WEIK<br>787 7TH AVENUE<br>NEW YORK, NY  10019 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| BURLINGAME ASSET MANAGEMENT, LLC<br>ATTENTION: BLAIR SANFORD<br>ONE MARKET STREET<br>SPEARS STREET TOWER, SUITE 3750<br>SAN FRANCISCO, CA  94105 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| CATERPILLAR FINANCIAL SERVICES (UK) LTD.<br>ATTN: NICOLA CROUCHER<br>2405 STRATFORD ROAD<br>HOCKLEY HEATH<br>WEST MIDLANDS  B94 6NW<br>UNITED KINGDOM | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| CITIGROUP GLOBAL MARKETS INC.<br>ATTENTION: STU NOVACK<br>390 GREENWICH STREET<br>NEW YORK, NY  10013 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| COMPANIA LARGO, S. DE R.L. DE C.V.<br>C/O APEX MEXICO HOLDINGS, S.L.<br>GENERAL EGUIA 1, 1°<br>48010 BILBAO, VIZCAYA<br>SPAIN | MANAGEMENT SERVICES AGREEMENT<br>DATED:  10/22/1996 |

In re  **APEX SILVER MINES CORPORATION**                          Case No.  09-10183

                              Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| COMPANIA MINERALES DE ZACATECAS, S. DE R.L. DE C.V. C/O APEX MEXICO HOLDINGS, S.L. GENERAL EGUIA 1, 1° 48010 BILBAO, VIZCAYA SPAIN | MANAGEMENT SERVICES AGREEMENT DATED:  10/22/1996 |
| CORPTAX, INC. 1751 LAKE COOK ROAD SUITE 100 DEERFIELD, IL  60015 | SOFTWARE LICENSE AGREEMENT #X8827 |
| CREDIT SUISSE USA LLC ATTENTION: DOUG TERESKO ELEVEN MADISON AVENUE NEW YORK, NY  10010 | PLAN SUPPORT AGREEMENT DATED:  1/12/2009 |
| CRESCENT TECHNOLOGY INC. ATTN: ARTHUR D'AQUIN 1615 POYDRAS STREET NEW ORLEANS, LA  70112 | CONSULTING SERVICES AGREEMENT DATED:  4/1/2008 |
| CTA INTEGRATED COMMUNICATIONS P. O. BOX 270302 LOUISVILLE, CO  80027 | INVESTOR PRESENTATION AGREEMENT DATED:  1/22/2008 |
| CURTIS CONSULTING AND CONTRACTING LLC 61 ARTIST VIEW LANE SMITH, NV  89430 | CONSULTING SERVICES AGREEMENT DATED:  3/10/2008 |
| EAGLE RIDGE LLC C/O GORDON FILLMORE 242 HOLYOKE DRIVE SPRING CREEK, NV  89815 | CONSULTING SERVICES AGREEMENT DATED:  2/1/2009 |
| EXPORT DEVELOPMENT CANADA ATTN: ISHA AGGARWAL 151 O'CONNOR STREET OTTAWA  K1A 1K3 CANADA | PLAN SUPPORT AGREEMENT DATED:  1/12/2009 |
| FORTIS CAPITAL CORP. ATTN: DARREL HO/JAIME SILVER 520 MADISON AVENUE NEW YORK, NY  10022 | PLAN SUPPORT AGREEMENT DATED:  1/12/2009 |

In re  **APEX SILVER MINES CORPORATION**                Case No.  09-10183

Debtor                                                                                (if known)

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FOUR PEAKS ENVIRONMENTAL AND ENGINEERING ATTN: JAY JONES 16810 AVENUE OF THE FOUNTAINS FOUNTAIN HILLS, AZ  85268 | CONSULTING SERVICES AGREEMENT DATED:  6/6/2008 |
| FREDERICK JAMES SIMPSON 276 EVENING STAR KYLE, TX  78640 | CONSULTING SERVICES AGREEMENT DATED:  3/11/2008 |
| GLG PARTNERS LP ATTENTION: CLARE BETTERIDGE 1 CURZON STREET LONDON  W1J 5HB UNITED KINGDOM | PLAN SUPPORT AGREEMENT DATED:  1/12/2009 |
| GLOBAL EXCELL SOLUTIONS ATTN: RICHARD JOHN ROWE, JR. P. O. BOX 453 ROOSEVELT, AZ  85545 | CONSULTING SERVICES AGREEMENT DATED:  3/10/2008 |
| HIGHBRIDGE CAPITAL MANAGEMENT, LLC ATTENTION: MARK S. VANCORE 9 WEST 57TH STREET, 27TH FLOOR NEW YORK, NY  10019 | PLAN SUPPORT AGREEMENT DATED:  1/12/2009 |
| IMPACT SILVER CORP. 900-543 GRANVILLE STREET VANCOUVER, BC  V6C 1X8 CANADA | TRANSFER OF THE RIGHTS FOR OWNERSHIP OF THE SAN SABINO CONCESSION, ZACATECAS, MEXICO DATED:  6/10/2008 |
| INDEPENDENT MINING CONSULTANTS, INC. 3560 EAST GAS ROAD TUCSON, AZ  85714 | CONFIDENTIAL INFORMATION LETTER DATED:  7/22/2008 |
| INTERACTIVE BUSINESS SYSTEMS, INC. 2625 BUTTERFIELD ROAD OAK BROOK, IL  60523 | MASTER SERVICES AGREEMENT DATED:  9/16/2008 |
| INTRALINKS, INC. 1372 BROADWAY, 11TH FLOOR NEW YORK, NY  10018 | ON-DEMAND WORKSPACE ORDER DATED:  4/15/2008 |

In re  **APEX SILVER MINES CORPORATION**                    Case No.  09-10183

_____                    _____

Debtor                                                                    (if known)

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JKTECH PTY LTD<br>ATTN: DR. GEOFFREY GAULT<br>ISLES ROAD<br>INDOOROOPILLY QUEENSLAND 4068<br>AUSTRALIA | CONSULTING SERVICES AGREEMENT<br>DATED:  3/10/2008 |
| JOB'S PEAK LLC<br>ATTENTION: CHRIS SHEERIN<br>1365 DELORES WAY<br>GARDNERVILLE, NV  89406 | CONSULTING SERVICES AGREEMENT<br>DATED:  4/24/2008 |
| JP MORGAN CHASE BANK, N.A.<br>300 SOUTH RIVERSIDE PLAZA, SUITE IL1-0199<br>CHICAGO, IL  60670-0199 | COMMERCIAL CARD AGREEMENT<br>DATED:  4/21/2008 |
| JP MORGAN SECURITIES, INC.<br>ATTENTION: ANDREW SHAIKEN<br>383 MADISON AVENUE<br>NEW YORK, NY  10179 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| KAMUNTING STREET MASTER FUND, LTD<br>ATTENTION: GREGOR DANNACHER<br>140 EAST 45TH  STREET, 15TH FLOOR<br>NEW YORK, NY  10017 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| KBC FINANCIAL PRODUCTS, INC.<br>ATTENTION: ZAK GARDNER<br>140 EAST 45TH STREET<br>2 GRAND CENTRAL TOWER, 42ND FL.<br>NEW YORK, NY  10017 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| KFW IPEX-BANK<br>ATTN: DICK SINDERMANN<br>DEPT. X1A1<br>NATUAL RESOURCES<br>PALMENGARTENSTRASSE 5-9<br>D-60325 FRANKFURT AM MAIN<br>GERMANY | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| KING COMMINUTION TECHNOLOGIES, LLC<br>7854 PALLADIUM DRIVE<br>WEST JORDAN, UT  84088 | CONSULTING SERVICES AGREEMENT<br>DATED:  6/25/2008 |

In re  **APEX SILVER MINES CORPORATION**                          Case No.   09-10183
_____
                      Debtor                                                    (if known)

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| LIBERTY HARBOR MASTER FUND I, L.P.<br>ATTENTION: BRENDAN MCGOVERN<br>ONE NEW YORK PLAZA<br>NEW YORK, NY  10004 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| MARKETWIRE<br>100 N. SEPULVEDA BOULEVARD, SUITE 325<br>EL SEGUNDO, CA  90245 | VIP AGREEMENT<br>DATED:  1/9/2009 |
| MENTORS INTERNATIONAL, INC.<br>ATTN: WILLIAM F. RIGGS, PRESIDENT<br>5629 FM 1960 WEST, #111<br>HOUSTON, TX  77069 | CONSULTING SERVICES AGREEMENT<br>DATED:  5/1/2008 |
| MINERA DE CORDILLERAS (HONDURAS), S. DE R.L.<br>C/O APEX SILVER MINES CORPORATION<br>1700 LINCOLN STREET, SUITE 3050<br>DENVER, CO  80203 | MANAGEMENT SERVICES AGREEMENT<br>DATED:  10/22/1996 |
| MINERA DE CORDILLERAS, S. DE R.L. DE C.V.<br>C/O APEX MEXICO HOLDINGS, S.L.<br>GENERAL EGUIA 1, 1°<br>48010 BILBAO, VIZCAYA<br>SPAIN | MANAGEMENT SERVICES AGREEMENT<br>DATED:  10/22/1996 |
| MINERA SAN CRISTOBAL S.A.<br>ATTENTION: PRESIDENT<br>CALLE CAMPOS NO. 265, P. O. BOX 13790<br>LA PAZ<br>BOLIVIA | BORROWER MANAGEMENT AND SERVICES AGREEMENT<br>DATED:  12/1/2005 |
| MINERA SAN CRISTOBAL, S.A.<br>CALLE CAMPOS NO. 265<br>P. O. BOX 13790<br>LA PAZ<br>BOLIVIA | MANAGEMENT SERVICES AGREEMENT<br>DATED:  9/25/2006 |
| MMP, LLC<br>C/O SCOTT BRACKEN<br>405 MERINO DRIVE<br>SPRING CREEK, NV  89815 | CONSULTING SERVICES AGREEMENT<br>DATED:  1/14/2008 |

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**          Case No. 09-10183

Debtor                                                                           (if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NATEXIS BANQUES POPULAIRES<br>ATTN: AMIT ROY<br>1251 AVENUE OF THE AMERICAS, 34TH FLOOR<br>NEW YORK, NY  10020 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br>175 WATER STREET<br>NEW YORK, NY  10038 | FIDUCIARY LIABILITY POLICY<br>DATED:  3/15/2008 |
| NM ROTHSCHILD & SONS (DENVER) INC.<br>ATTN: GEORGE PYPER<br>1700 LINCOLN STREET SUITE<br>SUITE 3900<br>DENVER, CO  80202 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| NORDKAP BANK AG<br>ATTN:  FLAVIA SENNHAUSER<br>THURGAUERSTRASSE 54<br>8050 ZURICH<br>SWITZERLAND | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| OPEN TEXT, INC.<br>OPEN TEXT GLOBAL SERVICES ADMINISTRATION<br>275 FRANK TOMPA DRIVE<br>WATERLOO, ON  N2L O1A<br>CANADA | PROFESSIONAL SERVICES AGREEMENT<br>DATED:  4/18/2007 |
| POLYGON INVESTMENT PARTNERS LP<br>ATTENTION: MICHAEL T. ADAMS<br>399 PARK AVENUE 22ND FLOOR<br>NEW YORK, NY  10022 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| QUINTESSENCE L.P.<br>ATTENTION: OREN EISNER<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| QVT FINANCIAL LP<br>ATTENTION: OREN EISNER<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10036 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**

Case No.  09-10183

Debtor

(if known)

## SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| RMB INTERNATIONAL (DUBLIN) LIMITED<br>ATTN: CAROLINE DONALLY<br>1 MERCHANT PLACE<br>1 FREDMAN DR.<br>SANDTON 2146<br>SOUTH AFRICA | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| SC MINERALS AKTIEBOLAG<br>C/O SUMITOMO CORPORATION<br>8-11, HARUMI, 1-CHROME CHUO-KU<br>TOKYO, 104-8610<br>JAPAN | PURCHASE AND SALE AGREEMENT<br>DATED:  1/12/2009 |
| SC MINERALS SWEDEN<br>C/O SUMITOMO CORPORATION<br>8-11, HARUMI, 1-CHROME CHUO-KU<br>TOKYO, 104-8610<br>JAPAN | PURCHASE AND SALE AGREEMENT<br>DATED:  1/12/2009 |
| SILEX SPAIN, S. L.<br>GENERAL EGUIA 1, 1°<br>48010 BILBAO, VIZCAYA<br>SPAIN | MANAGEMENT SERVICES AGREEMENT<br>DATED:  7/28/2008 |
| SRK CONSULTING (U.S.), INC.<br>7175 W. JEFFERSON AVE., SUITE 3000<br>LAKEWOOD, CO  80235 | AGREEMENT FOR CONSULTING SERVICES<br>DATED:  10/21/2008 |
| SUMITOMO CORPORATION<br>8-11, HARUMI, 1-CHROME CHUO-KU<br>TOKYO, 104-8610<br>JAPAN | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| SUMITOMO CORPORATION<br>8-11, HARUMI, 1-CHROME CHUO-KU<br>TOKYO, 104-8610<br>JAPAN | PURCHASE AND SALE AGREEMENT<br>DATED:  1/12/2009 |
| SUNGARD KIODEX, INC.<br>ATTN: LEGAL AFFAIRS<br>628 BROADWAY, SUITE 501<br>NEW YORK, NY  10012 | TERMS OF USE<br>DATED:  9/28/2007 |

# SECOND AMENDED

In re **APEX SILVER MINES CORPORATION**  Case No. 09-10183

Debtor       (if known)

# SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TECHNETRONIC SOLUTIONS, INC.<br>3443 S. GALENA STREET, SUITE 210<br>DENVER, CO  80231 | CONSULTING AGREEMENT<br>DATED:  10/6/2008 |
| THE RYGNESTAD GROUP LLC<br>11302 W. 28TH AVENUE<br>LAKEWOOD, CO  80205 | CONSULTING SERVICES AGREEMENT<br>DATED:  12/1/2008 |
| THE WOLVERINE CONVERTIBLE ARBITRAGE FUND TRADING LIMITED<br>355 SOUTH OLD WOODWARD AVENUE<br>SUITE 220<br>BIRMINGHAM, MI  48009 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| TRISHIELD CAPITAL MANAGEMENT LLC<br>ATTENTION: MICHAEL D. LEIBERT<br>230 PARK AVENUE, 10TH FLOOR<br>NEW YORK, NY  10169 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| TUGAR CAPITAL MANAGEMENT, L.P.<br>ATTENTION: KENNETH L. TANANBAUM<br>1717 MAIN STREET, SUITE 3350<br>DALLAS, TX  75201 | PLAN SUPPORT AGREEMENT<br>DATED:  1/12/2009 |
| VICENTE RIVERA<br>3622 N. RAVEN WASH DRIVE<br>TUSCON, AZ  85745 | CONSULTING SERVICES AGREEMENT<br>DATED:  4/15/2008 |
| WILLIAM ALAN DEL CARLO<br>P.O. BOX 163<br>177 SOUTH D STREET<br>VIRGINIA CITY, NV  89440 | CONSULTING SERVICES AGREEMENT<br>DATED:  6/23/2008 |
| YALE RESOURCES LTD.<br>600-890 WEST PENDER STREET<br>VANCOUVER, BC  V6C 1K4<br>CANADA | TRANSFER OF THE RIGHTS FOR OWNERSHIP OF THE SAN SABINO CONCESSION, ZACATECAS, MEXICO<br>DATED:  6/10/2008 |

In re  **APEX SILVER MINES CORPORATION**                     Case No.  09-10183

Debtor                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NONE | |

Sheet no. 1 of 1 sheet(s) attached to Schedule of Codebtors

In re  **APEX SILVER MINES CORPORATION**                    Case No.  **09-10183**

                        Debtor                                              (if known)


# DECLARATION CONCERNING DEBTOR'S SECOND AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION


I, Robert P. Vogels, the Vice President and Controller of Apex Silver Mines Corporation, declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information, and belief.


Date  May 21, 2009                          Signature  /s/ Robert P. Vogels


                                            Robert P. Vogels
                                            [Print or type name of individual signing on behalf of debtor.]


                                            Vice President and Controller
                                            [Indicate position or relationship to debtor]


Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.